USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#:
DATE FILED: 11-19-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

**-against-**

**ZAYEL DIAZ,**

**Defendants.**

---------------------------------------------------------------------- x

**26-CR-528 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Status Conference is set for **December 1, 2026**, at **12:30 p.m.**

**SO ORDERED.**

**Dated: New York, New York**
**November 19, 2026**

**ANDREW L. CARTER, JR.**
**United States District Judge**